RAVI CHANDERRAJ, ESQ.
Nevada Bar No. 17053
*Email: rchanderraj@paulpaddalaw.com*
**PAUL PADDA LAW, PLLC**
4560 S. Decatur Boulevard, Ste. 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
*Attorneys for Plaintiff*

**PAUL PADDA LAW, PLLC**
**4560 South Decatur Boulevard, Suite 300**
**Las Vegas, Nevada 89103**
**Tele: (702) 366-1888 • Fax (702) 366-1940**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERVIN JEFFERY CRAMPTON (an individual), <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF HENDERSON; STEPHANIE GARCIA-VAUSE (in her official and individual capacities); and DOES I through XX, inclusive; <br><br> Defendants. | Case No.: 2:25-cv-02392-APG-MDC <br><br> **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT STEPHANIE GARCIA-VAUSE'S MOTION TO DISMISS UNDER NRS 41.660 (ANTI-SLAPP) AND DEFENDANTS STEPHANIE GARCIA-VAUSE AND CITY OF HENDERSON'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6) (ECF NOS. 6, 7)** <br><br> **(FIRST REQUEST)** |

Plaintiff Ervin Jeffery Crampton ("Plaintiff") and Defendants City of Henderson and Stephanie Garcia-Vause (together, "Defendants") hereby stipulate and agree to extend the date for Plaintiff to file his oppositions to Defendant Stephanie Garcia-Vause's Motion to Dismiss under NRS 41.660 (Anti-SLAPP) and Defendants Stephanie Garcia Vause and City of Henderson's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6). **ECF Nos. 6, 7.**

Plaintiff's opposition to both motions is currently due on January 29, 2026. Because Plaintiff must respond to two motions, the parties agree that the deadline for Plaintiff to file his oppositions shall be extended to February 5, 2026.

/ / /

Crampton v. City of Henderson, et al
United States District Court, Case No. 2:25-cv-02392-APG-MDC
*Stipulation for Extension of Time for Plaintiff to Respond to Defendant Stephanie Garcia Vause's Motion to Dismiss under NRS 41.660 (Anti-SLAPP) and Defendants Stephanie Garcia Vause and City of Henderson's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6)*

This is the first request for an extension of this particular deadline. The request is made in good faith and for good cause. Counsel for Defendants does not oppose this request and is specifically agreeing to it as evidenced by the filing of this Stipulation.

In light of the foregoing, the parties respectfully request that the Court approve this Stipulation and Order and permit Plaintiff additional time, to and until February 5, 2026, to file his oppositions to the pending Motions to Dismiss. **ECF Nos. 6, 7.**

| | |
|---|---|
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** | **PAUL PADDA LAW, PLLC** |

*/s/ Sheri M Thome*

Sheri M. Thome, Esq.
Nevada Bar No. 8657
Nicholas F. Adams, Esq.
Nevada Bar No. 14813
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: 702.727.1400
Email: Sheri.Thome@wilsonelser.com
Email: Nicholas.Adams@wilsonelser.com
*Attorneys for Defendants*

Dated: January 23, 2026

*/s/ Ravi Chanderraj*

Ravi Chanderraj, Esq.
Nevada Bar No. 17053
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tele: (702) 366-1888
Email: rchanderraj@paulpaddalaw.com
*Attorneys for Plaintiff*

Dated: January 23, 2026

**IT IS SO ORDERED:**

_____

**ANDREW P. GORDON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: January 26, 2026**

Crampton v. City of Henderson, et al
United States District Court, Case No. 2:25-cv-02392-APG-MDC
*Stipulation for Extension of Time for Plaintiff to Respond to Defendant Stephanie Garcia Vause's Motion to Dismiss under NRS 41.660 (Anti-SLAPP) and Defendants Stephanie Garcia Vause and City of Henderson's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6)*

**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940